# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**378**
**CA 11-01876**
PRESENT: SCUDDER, P.J., CENTRA, CARNI, LINDLEY, AND MARTOCHE, JJ.

---

KATHLEEN E. TAFT, PLAINTIFF-APPELLANT,

V                                                                            ORDER

ANDREA G. MORAN AND DENISE J. MCILWAIN, ALSO
KNOWN AS DENISE J. AKINS, DEFENDANTS-RESPONDENTS.
(APPEAL NO. 2.)

---

LAW OFFICE OF JACOB P. WELCH, CORNING (ANNA CZARPLES OF COUNSEL), FOR
PLAINTIFF-APPELLANT.

LEVENE GOULDIN & THOMPSON, LLP, VESTAL (SARAH E. NUFFER OF COUNSEL),
FOR DEFENDANTS-RESPONDENTS.

---

Appeal from a judgment of the Supreme Court, Steuben County
(Peter C. Bradstreet, A.J.), entered April 20, 2011 in a personal
injury action. The judgment dismissed the complaint.

It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered: March 16, 2012                                   Frances E. Cafarell
                                                          Clerk of the Court